UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK GEANNIE CAYASSO MURRAY,

Petitioner,

v. Case No.: 2:26-cv-02437-SPC-KRH

DAVID HARDIN *et al.*,

Respondents,

______________________________/

**OPINION AND ORDER**

Before the Court are Frank Geannie Cayasso Murray's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Cayasso Murray is a native and citizen of Nicaragua who entered the United States in 2022. Immigration and Customs Enforcement (ICE) recently arrested Cayasso Murray and detained him without an opportunity to seek release on bond. An immigration judge ordered Cayasso Murray removed to Honduras on February 11, 2026. Cayasso Murray timely appealed the removal order, so it is not administratively final.

The Court granted Cayasso Murray's first habeas petition in Case No. 2:26-cv-1359-SPC-NPM and ordered the government to bring him before an immigration judge for a bond hearing. The government complied, and an

immigration judge denied bond after finding Cayasso Murray a danger to the community due to his two DUI arrests.

Cayasso Murray now argues his detention is unlawful under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because (1) he has been detained for more than six months after entry of the removal order, and (2) there is no significant likelihood of removal in the reasonably foreseeable future. But the *Zadvydas* framework applies to noncitizens detained under 8 U.S.C. § 1231 because they are subject to administratively final removal orders. Cayasso Murray's removal order is pending before the Board of Immigration Appeals, so it is not administratively final. Cayasso Murray is detained under 8 U.S.C. § 1226(a), and the *Zadvydas* framework does not apply. As the Court held in the prior habeas action, Cayasso Murray is entitled to a bond hearing, and he received it. And while he asserts his detention is arbitrary and serves no purpose, those claims are conclusory and thus do not warrant habeas relief. *See Chavez v. Sec'y, Fla. Dep't of Corr.*, 647 F.3d 1057, 1061 (11th Cir. 2011).

Accordingly, it is hereby

**ORDERED**:

Frank Geannie Cayasso Murray's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on September 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record